Michael J. **DANIELS,** Plaintiff— Appellant,

v.

Alfred **CRAWFORD,** Lapd; et al., Defendants—Appellees.

No. 03–55584.

D.C. No. CV–03–01358–CBM.

United States Court of Appeals, Ninth Circuit.

Submitted June 9, 2003.*

Decided June 13, 2003.

Before RYMER, THOMAS, and SILVERMAN, Circuit Judges.

MEMORANDUM **

Michael Daniels appeals pro se the district court's denial of his request to proceed in forma pauperis in his 42 U.S.C. § 1983 action alleging that a police officer entrapped him and a state prosecutor maliciously prosecuted him, resulting in his unlawful conviction for a drug offense. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion a district court's denial of leave to proceed in forma pauperis. *See Calhoun v. Stahl,* 254 F.3d 845, 845 (9th Cir.2001). We affirm.

The district court properly concluded that the action is barred by *Heck v. Humphrey* because a judgment in Daniels' favor would necessarily imply the invalidity of his outstanding criminal conviction. *See* 512 U.S. 477, 487, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994) (per curiam).

AFFIRMED.

---

\* This panel unanimously finds this case suitable for decision without oral argument and grants Daniels' motion to submit this appeal on the briefs. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.